IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AKEEM MAKEEN, | : | |
| Plaintiff, | : | |
| v. | : | |
| PIEDMONT AMERICA, LLC, | : | CIVIL ACTION NO. 1:19-cv-5640-AT |
| Defendant. | : | |

## **ORDER**

The Court has been advised that a settlement has been reached at mediation before Magistrate Judge Catherine Salinas and formal documentation will soon be completed.

**IT IS HEREBY ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, anytime within the next NINETY (90) DAYS, to reopen this action or vacate this order of dismissal.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

**SO ORDERED** this 2nd day of December, 2021.

 

_____
**Amy Totenberg**
**United States District Judge**